Richard G. Schmid and William Ryan, trading as Schmid and Ryan, appellees, v. Joseph D. O'Donnell, appellant. Gen. No. 35,461.

Opinion filed January 25, 1932. Robert F. Kolb and Joseph A. O'Donnell, for appellant. Arthur A. Basse, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

In re Peter Voislowsky, deceased. Telfer MacArthur, appellant, v. Louis Engel, appellee. Gen. No. 35,540.

Opinion filed January 25, 1932. Rehearing denied February 8, 1932.

Wisner, Davis & Walsh, for appellant. Julius H. Miner, for appellee; Henry Perlman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Young, Lorish & Richardson, appellee, v. Newell Mecartney, appellant. Gen. No. 35,564.

Opinion filed January 25, 1932.

Eugene M. Darch, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

O. A. Christensen, appellee, v. Amelia Severin, appellant. Gen. No. 35,704.

Opinion filed January 25, 1932.

Theodore Johnson, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Metropolitan Paving Company, appellee, v. Alex Schmidt, appellant. Gen. No. 35,340.

Opinion filed January 25, 1932.

L. A. Sherwin, for appellant. Norman C. Barry, for appellee.

Mr. Justice Matchett delivered the opinion of the court.